AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2006 FEB 23  P 1: 29
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

A. McReynolds

v.

Kenneth F. Wynn et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:05 cv 122 DAK

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendants and plaintiff's cause of action is dismissed. Each party is to bear its own costs.

February 23, 2006
Date

Markus B. Zimmer
Clerk

(By) Deputy Clerk