BRIAN M. BARNARD    USB #0215
JAMES L. HARRIS, Jr.    USB #8204
UTAH LEGAL CLINIC
Attorney for PLAINTIFF
214 East Fifth South Street
Salt Lake City, Utah 84111-3204

FILED
U.S. DISTRICT COURT

2006 MAR 20  A 8: 45

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | | |
|---|---|---|
| **A. McREYNOLDS,** | : | **NOTICE OF APPEAL** |
| Plaintiff, | : | |
| vs. | : | |
| **KENNETH F. WYNN**, Director, Utah Department of Alcoholic Beverage Control; | : | Case No. 2:05-CV-0122 |
| **JOHN DOE**, a.k.a. KEVIN HANSEN, Employee, Utah Department of Alcoholic Beverage Control; et al, | : | Hon. Dale A. Kimball |
| Defendants. | : | |

Plaintiff hereby gives notice of his appeal of the decision (Doc. # 76) and judgment of the court (Doc. # 77) dismissing plaintiff's complaint. This appeal is as to all defendants and all claims. This appeal is to the United States Court of Appeals for the Tenth Circuit.

DATED this 17th day of MARCH 2006.

UTAH LEGAL CLINIC
Attorneys for Plaintiff

by _____
BRIAN M. BARNARD

CERTIFICATE OF MAILING

I hereby certify that I caused to be mailed a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF APPEAL to:

THOM D. ROBERTS
Assistant Attorney General
Attorney for Defendants
160 East 300 South, Suite 500
Salt Lake City, Utah 84114

WILLIAM F. HANSON
Assistant Attorney General
Attorney for Defendant Hansen
160 East 300 South, Suite 600
Salt Lake City, Utah 84114

on the 17TH day of MARCH 2006, postage prepaid in the United States Postal Service.

UTAH LEGAL CLINIC
Attorneys for Plaintiff

By _____
BRIAN M. BARNARD
JAMES L. HARRIS, Jr.