J. CLIFFORD PETERSEN (8315)
WILLIAM F. HANSON (3620)
Assistant Utah Attorney General
MARK L. SHURTLEFF (4666)
Utah Attorney General
Attorneys for Defendant Kevin Hansen
160 East 300 South, Sixth Floor
P. O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100

IN THE UNTIED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| A. McREYNOLDS,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH F. WYNN, JOHN DOE, LARRY V. LUNT, TED D. LEWIS, NICHOLAS E. HALES, FRANK W. BUDD, and MARY ANN MANTES,<br><br>    Defendants. | **NOTICE OF CROSS-APPEAL**<br><br>Case No. 2:05cv00122 DAK<br><br>Judge Dale A. Kimball |

    Defendant Kevin Hansen appeals to the United States Court of Appeals for the Tenth Circuit from an order denying his Motion to Strike Supplement to Plaintiff's Statement of Facts, entered by the United States District Court for the District of Utah on February 23, 2006. A final judgment was entered on February 24, 2006. The Plaintiff previously filed a Notice of Appeal that was entered on March 21, 2006.

DATED this 30th day of March 2006.

           MARK L. SHURTLEFF
           Utah Attorney General


           _____s/ J. Clifford Petersen_____
           J. CLIFFORD PETERSEN
           Assistant Utah Attorney General
           Attorneys for Defendant Kevin Hansen

## CERTIFICATE OF SERVICE

I certify that on the 30th day of March, 2006, I electronically filed Notice of Cross-Appeal using the U. S. District Court's CM/ECF system, and relied upon the court's CM/ECF system for delivery of the same to registered e-filers.  I also certify that I sent a true and correct copy by U. S. Postal Service, postage prepaid to:

> Brian M. Barnard
> James L. Harris, Jr.
> Utah Legal Clinic
> 214 E. Fifth South Street
> Salt Lake City, Utah 84111-3204
> Attorneys for Plaintiff

    s/ Corina Archuleta