THOM D. ROBERTS (#2773)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Attorney General
Attorneys for Defendants
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah  84114-0857
Telephone:  (801) 366-0353

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| A. McREYNOLDS,<br><br>        Plaintiff,<br><br>vs.<br><br>KENNETH F. WYNN, Director, Utah Department of Alcoholic Beverage Control; JOHN DOE, Employee, Utah Department of Alcoholic Beverage Control; LARRY V. LUNT, Chairman; TED D. LEWIS, Vice Chairman; NICHOLAS E. HALES, Member; FRANK W. BUDD, Member; and MARY ANN MANTES, Member, Utah Alcoholic Beverage Control Commission,<br><br>        Defendants. | **MOTION AND STIPULATION TO AMEND MEMORANDUM DECISION AND ORDER**<br><br><br><br>Case No. 2:05-CV-0122<br><br>Judge Dale A. Kimball |

       The parties above named, by and through their attorneys of record, hereby move the Court for an Order, and stipulate and agree that an Order may be entered in accordance with this Motion, amending the Memorandum Decision and Order and Judgment in a Civil Case entered

in the above matter. This motion is made upon the grounds and for the reasons that the Tenth Circuit Court of Appeals, by Order dated August 9, 2006, raised an issue as to the finality of the Memorandum Decision and Judgment as to all of the party defendants. However, it appears to the parties that the Court intended that the Memorandum Decision and Order and Judgment to be final as to all of the parties.

Submitted with this Motion and Stipulation are proposed orders amending the Memorandum Decision and Order and entering an Amended Judgment in a Civil Case reflecting that the granting of the Judgment on the Pleadings was granted in favor of all of the Defendants, not just Defendant Hansen.

Dated this 25th day of August, 2006.

                      MARK L. SHURTLEFF
                      Attorney General

                      /s/ Thom D. Roberts
                      THOM D. ROBERTS
                      Assistant Attorney General
                      Attorney for Defendant

Dated this 25th day of August, 2006.

                      UTAH LEGAL CLINIC

                      /s/ Brian Barnard
                      Brian Barnard, Attorney for Plaintiff

Motion and Stipulation to Amend
Memorandum Decision and Order
McReynolds v. Wynn, et al.
Page 2

Dated this 25th day of August, 2006.

        MARK L. SHURTLEFF
        Attorney General

        /s/ William Hanson
        WILLIAM HANSON
        Assistant Attorney General
        Attorney for Defendant Hansen

Motion and Stipulation to Amend
Memorandum Decision and Order
McReynolds v. Wynn, et al.
Page 3

CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing MOTION AND STIPULATION TO AMEND MEMORANDUM DECISION AND ORDER was served by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian M. Barnard
James L. Harris, Jr.
Utah Legal Clinic
214 East 5th South
Salt Lake City, UT 84111-3204
ulcr2d2c3po@utahlegalclinic.com

William Hanson
Assistant Attorney General
160 East 300 South, 6th Floor
Salt Lake City, UT 84111
bhanson@utah.gov

/s/ Sherri L. Cornell

Motion and Stipulation to Amend
Memorandum Decision and Order
McReynolds v. Wynn, et al.
Page 4