THOM D. ROBERTS (#2773)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Attorney General
Attorneys for Defendants
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah 84114-0857
Telephone: (801) 366-0353

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| A. McREYNOLDS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENNETH F. WYNN, Director, Utah Department of Alcoholic Beverage Control; JOHN DOE, Employee, Utah Department of Alcoholic Beverage Control; LARRY V. LUNT, Chairman; TED D. LEWIS, Vice Chairman; NICHOLAS E. HALES, Member; FRANK W. BUDD, Member; and MARY ANN MANTES, Member, Utah Alcoholic Beverage Control Commission,<br><br>　　　　Defendants. | **AMENDMENT TO MEMORANDUM DECISION AND ORDER**<br><br><br><br>Case No. 2:05-CV-0122<br><br>Judge Dale A. Kimball |

　　　　Based upon the Motion and Stipulation of the parties above, and good cause appearing, it is hereby

ORDERED, ADJUDGED and DECREED that the Memorandum Decision Order in the above case shall be and is hereby amended to include in its Conclusion, as to Point (2) that:

(2) Defendant Mr. Hansen's Motion for Judgment on the Pleading is granted as to Mr. Hansen, and in addition, Judgment on the Pleadings on the same bases is also granted as to Defendants, Kenneth F. Wynn, Director, Utah Department of Alcoholic Beverage Control; Larry V. Lunt, Chairman; Ted D. Lewis, Vice Chairman; Nicholas E. Hales, Member; Frank W. Budd, Member; and Mary Ann Mantes, Member, Utah Alcoholic Beverage Control Commission.

Dated this 28th day of August, 2006.

BY THE COURT:

*[signature: Dale A. Kimball]*

JUDGE DALE A. KIMBALL

APPROVED AS TO FORM:

/s/ Brian Barnard
Brian Barnard, Attorney for Plaintiff

/s/ William Hanson
William Hanson, Attorney for Defendant
Hansen (John Doe, Employee)

Amendment to Memorandum Decision and Order
McReynolds v. Wynn, et al.
Page 2

CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing AMENDMENT TO MEMORANDUM DECISION AND ORDER was served by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian M. Barnard
James L. Harris, Jr.
Utah Legal Clinic
214 East 5th South
Salt Lake City, UT 84111-3204
ulcr2d2c3po@utahlegalclinic.com

William Hanson
Assistant Attorney General
160 East 300 South, 6th Floor
Salt Lake City, UT 84111
bhanson@utah.gov

/s/ Sherri L. Cornell

Amendment to Memorandum Decision and Order
McReynolds v. Wynn, et al.
Page 3