## United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

**Elisabeth A. Shumaker**
Clerk of Court

**Douglas E. Cressler**
Chief Deputy Clerk

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AUG 31 2006

MARKUS B. ZIMMER, CLERK
BY _____
DEPUTY CLERK

August 9, 2006

NOTIFICATION OF MAILING

Re:   06-4077, McReynolds v. Wynn
      Dist/Ag docket:  2:05-CV-122-DAK

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL
THIS DATE, ADDRESSED AS FOLLOWS:

Mr. Brian M. Barnard
Utah Legal Clinic Foundation
214 E. Fifth South
Salt Lake City, UT 84111


Mr. Thomas D. Roberts
Utah Attorney Generals Office
160 East 300 South
5th Floor, P.O. Box 140857
Salt Lake City, UT 84114-0857



Ms. Nancy L. Kemp
Mr. J. Clifford Petersen
Mr. William F. Hanson
Utah Attorney General's Office
Litigation Unit
160 East 300 South, 6th Floor
P.O. Box 140856
Salt Lake City, UT 84114-0856



Honorable Dale A. Kimball
District Judge
U.S. District Court for the District of Utah
350 S. Main Street
Room 222
Salt Lake City, UT 84101-2180


Mr. Markus B. Zimmer
Clerk

United States District Court for the District of Utah
350 South Main Street
Room 204
Salt Lake City, UT 84101

_____
DEPUTY CLERK

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| A. MCREYNOLDS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>KENNETH F. WYNN, Director, Utah Department of Alcoholic Beverage Control; LARRY V. LUNT, Chairman; TED D. LEWIS, Vice Chairman; HICHOLAS E. HALES; FRANK W. BUDD; MARY ANN MANTES, Members, Utah Alcoholic Beverage Control Commission; KEVIN HANSEN,<br><br>    Defendants - Appellees. | No. 06-4077<br>( D.C. No. 2:05-CV-122-DAK) |

## ORDER

Filed August 9, 2006

---

Briefing on the merits is **TOLLED** pending further written order of this court. *See* 10th Cir. R. 27.2(C).

The district court's February 23, 2006 Memorandum Decision and Order appealed by Plaintiff is not a final or immediately appealable decision under 28 U.S.C. § 1291 or under any recognized exception to the final judgment rule.  Despite the entry of a clerk's judgment on February 24, 2006 by a district court deputy clerk, the February 23, 2006 Order dismissed only Defendant Kevin Hansen.  Plaintiff's claims against *Defendants*

*Kenneth Wynn, Larry Lunt, Ted Lewis, Hicholas Hales, Frank Budd,* and *Mary Ann Mantes* remain unresolved in the district court.

Within **30 days** after the above date, counsel must serve and file in this court a copy of a district court order containing a final judgment under Fed. R. Civ. P. 54(b) in compliance with this court's decision in *Stockman's Water Company, LLC v. Vaca Partners, L.P.*, 425 F.3d 1263, 1265 (10th Cir. 2005). Or, counsel must serve and file a district court order explicitly resolving all claims against all remaining Defendants. *See Lewis v. B. F. Goodrich Co.*, 850 F.2d 641 (10th Cir. 1988), *see also Heimann v. Snead*, 133 F.3d 767, 768-9 (10th Cir. 1998) (dismissal *without prejudice* of claims does not render district court decision on the merits final and appealable under § 1291).

If counsel do not file within **30 days** a district court order containing a final judgment under Fed. R. Civ. P. 54(b) *or* a final dispositive adjudication, this appeal will be dismissed. *See Lewis*, 850 F.2d. at 645-46.

Entered for the Court
Elisabeth A. Shumaker, Clerk

Kathleen T. Clifford
Attorney - Deputy Clerk

2