**United States Court of Appeals for the Tenth Circuit**
OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
U.S. DISTRICT COURT

2006 SEP -6 A 10:42

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

September 1, 2006

NOTIFICATION OF MAILING

Re:     06-4077, McReynolds v. Wynn
        Dist/Ag docket: 2:05-CV-122-DAK

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL
THIS DATE, ADDRESSED AS FOLLOWS:

Mr. Brian M. Barnard
Utah Legal Clinic Foundation
214 E. Fifth South
Salt Lake City, UT 84111

Mr. Thomas D. Roberts
Utah Attorney Generals Office
160 East 300 South
5th Floor, P.O. Box 140857
Salt Lake City, UT 84114-0857

Ms. Nancy L. Kemp
Asst. Atty. General
Mr. J. Clifford Petersen
Mr. William F. Hanson
Utah Attorney General's Office
Litigation Unit
160 East 300 South, 6th Floor
P.O. Box 140856
Salt Lake City, UT 84114-0856

Honorable Dale A. Kimball
District Judge
U.S. District Court for the District of Utah
350 S. Main Street
Room 222
Salt Lake City, UT 84101-2180

Mr. Markus B. Zimmer
Clerk
United States District Court for the District of Utah
350 South Main Street
Room 204

Salt Lake City, UT 84101

_____
DEPUTY CLERK

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| A. MCREYNOLDS,<br><br>     Plaintiff - Appellant,<br><br>v.<br><br>KENNETH F. WYNN, Director, Utah Department of Alcoholic Beverage Control; LARRY V. LUNT, Chairman; TED D. LEWIS, Vice Chairman; HICHOLAS E. HALES; FRANK W. BUDD; MARY ANN MANTES, Members, Utah Alcoholic Beverage Control Commission; KEVIN HANSEN,<br><br>     Defendants - Appellees. | No. 06-4077<br>( D.C. No. 2:05-CV-122-DAK) |

### ORDER

Filed September 1, 2006

The court reserves judgment on the appellate jurisdictional issue raised in the show cause order. The jurisdictional issue and the district court's amendment to memorandum decision and order and the amended judgment entered August 29, 2006 will be submitted to the panel selected to handle the appeal.

Within **14 days** after the date on this order, Appellant-Plaintiff McReynolds may serve and file a reply brief.

                                          Entered for the Court
                                          Elisabeth A. Shumaker, Clerk

                                          Kathleen T. Clifford
                                          Attorney - Deputy Clerk